UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMBROSIO MARIN and MIGUEL SANCHEZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM EVANS and JUAN MARIN,<br><br>    Defendants. | NO. CV-06-3090-RHW<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO VACATE THE CLASS CERTIFICATION SCHEDULE** |

Before the Court is Plaintiffs' Motion to Vacate the Class Certification Schedule (Ct. Rec. 54). The motion was heard without oral argument.

Plaintiffs ask the Court to vacate the deadline by which they were to file their motion for class certification. Previously, the Court granted Plaintiffs' Motion to Compel, in part, and ordered the parties to enter into an agreed protective order. The parties are currently negotiating the terms of the protective order. It is unlikely that Plaintiffs will receive the relevant documents prior to the June 25, 2007, deadline for filing their motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion to Vacate the Class Certification Schedule (Ct. Rec. 54) is **GRANTED**.

2. The June 25, 2007, deadline for filing Plaintiffs' motion for class certification is **VACATED**.

**ORDER GRANTING PLAINTIFFS' MOTION TO VACATE THE CLASS CERTIFICATION SCHEDULE ~ 1**

3. The parties' shall submit a new schedule for filing Plaintiffs' motion for class certification after the outstanding discovery is provided by non-party Evans Fruit Company.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED this 3rd day of July, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

**ORDER GRANTING PLAINTIFFS' MOTION TO VACATE THE CLASS CERTIFICATION SCHEDULE ~ 2**