AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

AMBROSIO MARIN and MIGUEL SANCHEZ, individually and on behalf of all others similarly situated,

                PLAINTIFFS,

                v.

TIM EVANS and JUAN MARIN,

                DEFENDANTS.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-3090-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant Tim Evans's Motion for Summary Judgment is granted.

Defendant Juan Marin's Motion for Summary Judgment is granted.

Judgment is entered in favor of Defendants and against Plaintiffs.

December 23, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry